EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2026 TSPR 10 |
| Luis Efraín Cay Espinosa (TS-20,271) | 217 DPR ___ |

Número del Caso:  AB-2023-0213

Fecha:  27 de enero de 2026

Representante legal del promovido:

    Lcda. Daisy Calcaño López

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis Efraín Cay Espinosa          AB-2023-0213     Queja
      (TS-20,271)

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de enero de 2026.

Atendida la *Moción en cumplimiento de orden*, se reinstala al Sr. Luis Efraín Cay Espinosa al ejercicio de la abogacía.

Se ordena al Lcdo. Luis Efraín Cay Espinosa a que en un término de veinte (20) días, contado a partir de la notificación de esta Resolución, suplemente su contestación a esta queja.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Martínez Torres, para proteger el interés público, denegaría la solicitud de reinstalación hasta que se dilucide la queja pendiente.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina